```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. KORESKO, V               :    CIVIL ACTION
                                 :
     v.                          :
                                 :
OFFICE OF DISCIPLINARY           :
COUNSEL OF THE DISCIPLINARY      :
BOARD OF THE SUPREME COURT       :
OF PENNSYLVANIA BY PAUL          :
KILLION, et al.                  :    No. 14-1154
```

ORDER

AND NOW, this 23rd day of March, 2015, upon consideration of the defendants' motion to dismiss (Docket. No. 18), and telephonic hearing held on March 4, 2014 (Docket No. 11), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED, and the Complaint is DISMISSED WITH PREJUDICE.

```
                         BY THE COURT:

                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```